<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-4890**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

BROOKS JAMES TERRELL,

        Defendant – Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior District Judge.  (7:99-cr-00610-HMH-1)

Submitted:  September 15, 2010    Decided:  September 29, 2010

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Brooks James Terrell, Appellant Pro Se.  David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brooks James Terrell was convicted of attempted car jacking resulting in serious bodily injury, possession of a firearm by a convicted felon, using and discharging a firearm during a crime of violence, and possession of crack cocaine with intent to distribute. At resentencing, the district court imposed a sentence of 382 months' imprisonment. On direct appeal, this court affirmed Terrell's convictions and sentence. See United States v. Terrell, 21 F. App'x 216 (4th Cir. 2001) (No. 01-4154). Terrell now seeks to file a second appeal of his sentence. We have previously affirmed this judgment, and we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED